In the Matter of the Application of Frank Wasserman for Admission to the Bar — Application for admission to the bar granted. Present — Hirschberg, P. J. Hooker, Gaynor, Rich and Miller, JJ.